UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR TAXPAYER RIGHTS, et al.,

Plaintiffs,

v.

INTERNAL REVENUE SERVICE, et al.,

Defendants.

Civil Action No. 25-0457 (CKK)

**ORDER**
(October 1, 2025)

On September 9, 2025, the Court ordered Defendants to "file the administrative record underlying the decisions challenged in this case on or before October 24, 2025." Minute Order, Sept. 9, 2025. The Court issued this order because it had "determined that it requires the administrative record to resolve Plaintiffs' Motion" for a preliminary injunction. *Id.*

Defendants now move the Court to stay their deadline to file the administrative record "[i]n light of Chief Judge Boasberg's Standing Order No. 25-55," which, due to the current lapse in government appropriations, provides for the extension of deadlines in matters involving the United States. Defs.' Mot., ECF No. 42 at 1. Specifically, Standing Order No. 25-55 provides that "[i]n all civil actions" pending before the Court, "all filing and discovery deadlines imposed upon the United States . . . shall be extended" in a manner to be determined by the ultimate length of the lapse in appropriations. Standing Order No. 25-55 ¶ 1. Standing Order No. 25-55 further provides, however, that it "shall not extend the United States' deadlines to respond to motions for temporary restraining orders or preliminary injunctions." *Id.* ¶ 3.

As the Court explained in its September 9 order, the administrative record is necessary to the resolution of Plaintiffs' motion for a preliminary injunction. Filing the administrative record,

1

therefore, is part and parcel of Defendants' response to Plaintiffs' motion. Accordingly, because Standing Order 25-55 "shall not extend the United States' deadlines to respond to motions for . . . preliminary injunctions," ¶ 3, the Court shall **DENY** Defendants' [42] motion to stay their deadline to file the administrative record.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge